IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Case No. 15-cv-761-jdp

ERIC ALLEN HATTAMER
and JAMIE CLOSE,

    Defendants.

---

**ENTRY OF DEFAULT**

---

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

    Eric Allen Hattamer
    Jamie Close

It appearing from the record that said Defendants have failed to appear, plead, or otherwise defend, the default against Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this  2nd  day of  June , 2016.

                                                  s/L. Kamke, Deputy Clerk
                                                  PETER OPPENEER
                                                  Clerk of Court
                                                  United States District Court
                                                  Western District of Wisconsin